No. —, Original. Ex parte John O. Spaulding. October 19, 1942. The motion for leave to file petition for

writ of habeas corpus is denied without prejudice to an application to the appropriate District Court.